## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DANIEL VALDEZ, et al.,

      Plaintiffs,

v.                                                        CV No. 17-535 JB/CG

BOARD OF COUNTY COMMISSIONERS
of SANDOVAL COUNTY,

      Defendant.

## ORDER VACATING INITIAL SCHEDULING ORDER
## AND RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 5), and Telephonic Rule 16 Scheduling Conference set for July 27, 2017 at 2:00 p.m. are **VACATED.**

                                                  THE HONORABLE CARMEN E. GARZA
                                                  UNITED STATES MAGISTRATE JUDGE