## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DANIEL VALDEZ, et al.,

      Plaintiffs,

v.                                  CV No. 17-0535 JB/CG

BOARD OF COUNTY COMMISSIONERS
of SANDOVAL COUNTY,

      Defendant.

## ORDER RESETTING INITIAL SCHEDULING CONFERENCE

**THIS MATTER** is before the Court upon review of the record.

**IT IS HEREBY ORDERED** that the Rule 16 Scheduling Conference previously scheduled by Judge Browning will be conducted by Judge Garza by telephone on **Friday, January 26, 2018, at 9:30 a.m.** Parties shall call Judge Garza's Meet Me line at 505.348.2693 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Court's; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

**IT IS FURTHER ORDERED** that the parties shall file an updated *Joint Status Report and Provisional Discovery Plan* no later than **Tuesday, January 23, 2018**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE