**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DANIEL VALDEZ, et al.,

       Plaintiffs,

v.                                             CV No. 17-535 JB/CG

BOARD OF COUNTY COMMISSIONERS
of SANDOVAL COUNTY,

       Defendant.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

**THIS MATTER** came before the Court on a Rule 16 scheduling conference.

Following a review of the parties' *Joint Status Report and Provisional Discovery Plan*,

(Doc. 19), filed January 22, 2018. The Court adopts the *Joint Status Report and*

*Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling*

*Order*, (Doc. 21), filed January 26, 2018.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE