# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DANIEL VALDEZ, et al.,

    Plaintiffs,

v.                                                                      CV No. 17-535 JB/CG

BOARD OF COUNTY COMMISSIONERS
of SANDOVAL COUNTY,

    Defendant.

## **ORDER TO MEET SCHEDULING ORDER DEADLINES**

**THIS MATTER** is before the Court *sua sponte*. At the request of the parties, the Court has held two status conferences to discuss setting an early settlement conference in this case. The parties have thus far been unable to agree on the parameters of an early settlement conference, and have stated they have not yet begun conducting discovery. If the parties continue to delay conducting discovery, they run the risk of failing to meet the scheduling deadlines set by the Court. The Court reminds the parties that these deadlines will only be modified upon a showing of good cause, which requires a showing that the parties have been diligent in meeting the deadlines. The Court is not inclined to grant a motion to extend the deadlines in this case based on the parties' continued delays in conducting discovery.

**IT IS THEREFORE ORDERED** that the parties shall begin conducting discovery as soon as possible in order to meet the deadlines in the Scheduling Order, (Doc. 21).

                                                                               _____
                                                                    THE HONORABLE CARMEN E. GARZA
                                                                    CHIEF UNITED STATES MAGISTRATE JUDGE