**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DANIEL VALDEZ, et al.,

       Plaintiffs,

v.                                     CV No. 17-535 JB/CG

BOARD OF COUNTY COMMISSIONERS
of SANDOVAL COUNTY,

       Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY**

**ORDERED** that a status conference will be held by telephone on **Tuesday, September**

**11, 2018, at 2:30 p.m.**

Parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected

to the proceedings. This line can only accommodate up to five telephone lines, including

the Court's; if the parties anticipate that they will exceed this capacity, they must contact

the Court immediately so that alternative arrangements may be made.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE