IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**EXHIBIT B**

DANIEL VALDEZ, DARRELL C. HOWIESON,
CHAD KLUG, THOMAS J. LOHR,
CHRIS E. LUNDVALL, DANIEL MILLER,
ZANE WARD, and BENJAMIN ZERBY, on behalf
of themselves and all others similarly situated,

Plaintiffs,

v.                                                              Case No. 17-CV-535 JB-CG

BOARD OF COUNTY COMMISSIONERS
OF SANDOVAL COUNTY,

Defendant.

## AFFIDAVIT OF FRANK DONOFRIO

I, Frank Donofrio, having been first duly sworn, declare as follows:

1. I have personal knowledge of the following. If called to testify, I could do so competently and truthfully as to the facts contained herein.

2. Until August 2018, I was a Transport Officer carrying the rank of Lieutenant in Sandoval County, New Mexico.

3. I am aware of the above-captioned lawsuit filed by eight Transport Officers for the Department of Corrections in Sandoval County.

4. I was not a named Plaintiff in the lawsuit, and I never consented to join the lawsuit at any time before today.

5. I am aware that a court-supervised Settlement Conference was conducted in this case on August 22, 2018.

1

6. Though I did not participate in the Settlement Conference, the terms of the settlement have been explained to me.

7. I understand that former Transport Officers who earned call-back pay during the period of May 2014 to May 2017 will receive a lump sum of $27,100 (plus separate costs and attorney fees) in exchange for dropping their claim against the County and withdrawing the lawsuit.

8. I understand that the eight named Plaintiffs who brought the lawsuit and actively participated in it will each receive $3,200, and that two other former Transport Officers, of which I am one, who were not part of the lawsuit, will each receive $750.

9. I agree to the financial terms of the settlement and, in exchange for payment, will sign a Release along with the other Transport Officers who earned call-back pay during the relevant period.

10. I do not object to the settlement of this lawsuit.

11. I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Date: September 12, 2018

Frank Donofrio

STATE OF NEW MEXICO   )
                      ) ss.
COUNTY OF BERNALILLO  )

Subscribed to and sworn before me this 14th day of September, 2018, by Frank Donofrio

2

_CMSW_

Notary Public

My Commission Expires: 8-19-2020

OFFICIAL SEAL
CHRIS STEWART
NOTARY PUBLIC - STATE OF NEW MEXICO
My commission expires 8-19-2020

3