**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DANIEL VALDEZ, et al.,

    Plaintiffs,

v.                                                                                                    CV No. 17-535 CG/LF

BOARD OF COUNTY COMMISSIONERS
of SANDOVAL COUNTY,

    Defendant.

## ORDER APPROVING SETTLEMENT

**THIS MATTER** is before the Court on the parties' *Unopposed Motion to Approve Settlement and Stipulated Judgment*, (Doc. 46), filed September 21, 2018. The Court, having reviewed the Motion and the attached affidavits, and noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED** as follows:

    1.     The Court has reviewed the *Unopposed Motion to Approve Settlement and Stipulated Judgment*, (Doc. 46), and finds that this case presents contested issues as to the compensability of the unpaid work allegedly performed, the scope and amount of that work, if any, the willfulness of Defendant's violation of law, if any (affecting whether a two or three-year statute of limitations would apply), and whether the Defendant acted in good faith (affecting whether Plaintiffs would or would not be entitled to liquidated damages);

    2.     The Court finds that in light of the disputed and undecided factual and legal issues the settlement is fair and reasonable to both Plaintiffs and Defendant;

    3.     The Court further finds that the amounts to be paid as attorney fees and costs are reasonable and fair to Plaintiffs;

4. Judgment is entered for Plaintiffs in the amount of $27,100, including payments of $25,600 to be shared equally by the eight named Plaintiffs, and $1,500 distributed equally to the two potential plaintiffs.

5. Judgment is entered for Plaintiffs for an award of attorney fees, including Gross Receipts Tax, in the amount of $11,400. The sum of $1,500 shall also be paid by Defendant to counsel for Plaintiffs, representing costs and expenses in the case.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE