# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DANIEL VALDEZ, et al.,

      Plaintiffs,

v.                                         CV No. 17-535 CG/LF

BOARD OF COUNTY COMMISSIONERS
of SANDOVAL COUNTY,

      Defendant.

## ORDER TO FILE CLOSING DOCUMENTS

At the settlement conference held on Wednesday, August 22, 2018, the parties reached a negotiated resolution in this matter. Subsequently, the Court approved the parties' settlement agreement. (Doc. 47).

**IT IS THEREFORE ORDERED** that closing documents be filed **no later than October 24, 2018,** absent a request showing good cause for an extension.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE