IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANIEL VALDEZ, DARRELL C. HOWIESON,
CHAD KLUG, THOMAS J. LOHR,
CHRIS E. LUNDVALL, DANIEL MILLER,
ZANE WARD, and BENJAMIN ZERBY, on behalf
of themselves and all others similarly situated,

       Plaintiffs,

v.                                    Case No.  17-CV-535 JB-CG

BOARD OF COUNTY COMMISSIONERS
OF SANDOVAL COUNTY,

       Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AGAINST DEFENDANT

    Plaintiffs, by and through their undersigned attorneys, and Defendant, by and through its undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41, hereby stipulate to the dismissal of all claims against Defendant Board of County Commissioners of Sandoval County, with prejudice.  All parties are to bear their own costs.

                                                BUTT THORNTON & BAEHR PC

                                                /s/ *Agnes Fuentevilla Padilla*
                                                Agnes Fuentevilla Padilla
                                                *Attorneys for Defendant*
                                                P.O. Box 3170
                                                Albuquerque, NM  87190
                                                Telephone: (505) 884-0777
                                                afpadilla@btblaw.com

APPROVED:

*/s/ James Montalbano*
James Montalbano
Y<small>OUTZ</small> & V<small>ALDEZ</small>, P.C.
*Attorneys for Plaintiffs*
900 Gold Avenue SW
Albuquerque, NM  87102
(505) 244-1200 – Telephone
shane@youtzvaldez.com
james@youtzvaldez.com